```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
TABERNA CAPITAL MANAGEMENT, LLC,     :
                                     :
          Plaintiff,                 :
                                     :
          -v-                        :    08 Civ. 1817 (JSR)
                                     :
SIDNEY B. DUNMORE, MICHAEL A. KANE,  :         ORDER
and DHI DEVELOPMENT f/k/a DUNMORE    :
HOMES, LLC,                          :
                                     :
          Defendants.                :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Confirming the telephone conference on September 14, 2009, the Court hereby grants leave to counsel for Sidney B. Dunmore to file a motion for costs and attorney's fees pursuant to Federal Rule of Civil Procedure 54. Moving papers must be filed by September 29, 2009, opposition papers by October 13, 2009, and reply papers by October 20, 2009.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 16, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-09